### BARGER ET AL. *v.* MANNING.

SUPREME COURT.—*Notice to Co-Parties.*—Where a part only of the defendants in a judgment appeal therefrom to the Supreme Court, without notice to the other defendants in accordance with section 551 of the code, the appeal will be dismissed.

From the Jay Common Pleas.

*A. B. Jetmore, J. W. Gordon, T. M. Browne,* and *R. N. Lamb,* for appellants.

*J. W. Headington* and *I. Allmon,* for appellee.

WORDEN, J.—This was an action by the appellee against the appellants and William W. Goodrich, upon promissory notes. There was judgment in favor of the plaintiff against all the defendants, Goodrich having made default, and a verdict having been obtained against the other two defendants,

who appeal, and in whose names only, as appellants, errors have been assigned. In accordance with numerous decisions of this court, the appeal must be dismissed for failure to comply with sec. 551, p. 270, 2 G. & H.

The appeal is dismissed, with costs.